GERRIT I. HOUGHTALING, plaintiff in error, agt. GEORGE W. KELDERHOUSE, defendant in error. *Judgment affirmed.* HENRY G. WHEATON for plaintiff in error; R. W. PECKHAM for defendant in error.

This was a case which decided that in an action for slander, it is not competent for the plaintiff to introduce evidence of his good character, in reply to evidence introduced by the defendant, tending to prove the truth of the charge. *Reported,* 1 *Comstock,* 530.